# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| THE DIAMOND CONSORTIUM, LLC, D/B/A THE DIAMOND DOCTOR AND DAVID BLANK, <br><br>Plaintiffs, <br><br>v. <br><br>BRIAN MANOOKIAN, BRIAN CUMMINGS AND CUMMINGS MANOOKIAN, PLC., <br><br>Defendants. | § § § § § § § § § § § § § | CIVIL ACTION NO. 4:16-cv-00094 |

## ORDER GRANTING JOINT MOTION TO MODIFY PRE-TRIAL DEADLINES – EXPEDITED RELIEF REQUESTED

Before the Court is Plaintiffs The Diamond Consortium LLC d/b/a The Diamond Doctor and David Blank and Defendants Brian Manookian, Brian Cummings, Cummings Manookian PLC, Mark Hammervold, and Hammervold PLC's (collectively, the "Parties") Joint Motion to Modify Pre-Trial Deadlines – Expedited Relief Requested.

The Court finds that the Motion should be granted.

IT IS THEREFORE ORDERED that the Motion is GRANTED and deadlines are amended as follows:

| Task | Current deadline | Requested deadline |
|---|---|---|
| Exchange deposition designations | June 16, 2017 | July 7, 2017 |
| File motions in limine and Final Joint Final Pretrial Order | June 21, 2017 | July 12, 2017 |
| Respond to motions in limine | July 7, 2017 | July 28, 2017 |

| File objections to witnesses, depositions, and exhibits | July 7, 2017 | July 28, 2017 |
| File proposed jury instructions | July 7, 2017 | July 28, 2017 |

IT IS SO ORDERED.

**SIGNED this 12th day of June, 2017.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE