# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| THE DIAMOND CONSORTIUM, INC. D/B/A THE DIAMOND DOCTOR, and DAVID BLANK | § § § § | |
| *Plaintiffs,* | § § | |
| vs. | § § | Civil Action No. 4:16-CV-94 |
| BRIAN MANOOKIAN, BRIAN CUMMINGS, CUMMINGS MANOOKIAN, PLC, MARK HAMMERVOLD, and HAMMERVOLD, PLC, | § § § § § § | |
| *Defendants,* | § § | |

---

## PLAINTIFFS' NOTICE OF FRCP 26(3) PRE-TRIAL DISCLOSURES

---

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

The Diamond Consortium, Inc. d/b/a the Diamond Doctor and David Blank ("Plaintiffs") file this Notice of FRCP 26(3) Pre-Trial Disclosures in accordance with Local Rule CV-26(c). On this date, Plaintiffs served on Defendants their FRCP 26(3) Pre-Trial Disclosures.

Respectfully submitted,

**STECKLER GRESHAM COCHRAN**

**Bruce W. Steckler**
Texas Bar No. 00785039
**Stuart Cochran**
Texas Bar No. 24027936
**Stefani S. Eisenstat**
Texas Bar No. 00788417

12720 Hillcrest Road, Suite 1045
Dallas, TX 75230
Telephone: 972-387-4040
Facsimile: 972-387-4041
bruce@stecklerlaw.com
stuart@stecklerlaw.com
stefani@stecklerlaw.com

**Randy Johnston**
State Bar No. 10834400
**JOHNSTON TOBEY BARUCH, P.C**.
3308 Oak Grove Avenue
Dallas, TX 75204
Telephone: 214-741-6260
Facsimile: 214-741-6248
randy@jtlaw.com


**Roger Sanders**
State Bar No. 17604700
**SANDERS, O'HANLON, MOTLEY &
   YOUNG, PLLC**
111 S. Travis Street
Sherman, TX 75090
Telephone: 903-892-9133
Facsimile: 903-892-4302
rsanders@somlaw.net

**Braden M. Wayne**
State Bar No. 24075247
**SETTLEPOU**
3333 Lee Parkway, Eighth Floor
Dallas, TX 75219
Telephone: 214-520-3300
Facsimile: 214-526-4145
bwayne@settlepou.com

**Thomas W. Fee**
State Bar No. 06873160
**Howard J. Klatsky**
State Bar No. 00786024
**FEE, SMITH, SHARP & VITULLO, LLP**
Three Galleria Tower
13155 Noel Road, Suite 1000
Dallas, Texas 75240
Telephone:  972-934-9100

Facsimile: 972-934-9200
tfee@feesmith.com
hklatsky@feesmith.com

**ATTORNEYS FOR PLAINTIFF DIAMOND
CONSORTIUM, INC. D/B/A THE DIAMOND
DOCTOR**

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 12, 2017 a true and correct copy of the foregoing was served upon all counsel of record via the Court's ECF System.

**HOWARD J. KLATSKY**