IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE DIAMOND CONSORTIUM, INC. D/B/A THE DIAMOND DOCTOR, and DAVID BLANK | § § § § | |
| *Plaintiffs*, | § § | |
| vs. | § § | |
| BRIAN MANOOKIAN, BRIAN CUMMINGS, and CUMMINGS MANOOKIAN, PLC | § § § § § | Civil Action No. 4:16-CV-94 |
| *Defendants* | § | |

**NOTICE OF SECOND SUPPLEMENT TO DESIGNATION OF EXPERT WITNESSES BY PLAINTIFFS/COUNTER-DEFENDANTS THE DIAMOND CONSORTIUM, INC. D/B/A THE DIAMOND DOCTOR AND DAVID BLANK**

Plaintiffs/Counter-Defendants Diamond Consortium, Inc. d/b/a The Diamond Doctor and David Blank ("Plaintiffs/Counter-Defendants") file this Notice of Second Supplement to their Designation of Expert Witnesses in accordance with Local Rule CV-26(c). On this date, Plaintiffs/Counter-Defendants served on Defendants/Counter-Plaintiffs their First Supplement to their Designation of Expert Witnesses.

    Respectfully submitted,

    **STECKLER GRESHAM COCHRAN**

    */s/ Bruce W. Steckler*
    Bruce W. Steckler
    Texas Bar No. 00785039
    Stuart Cochran
    Texas Bar No. 24027936
    Stefani S. Eisenstat
    Texas Bar No. 00788417

12720 Hillcrest Road – Suite 1045
Dallas, TX 75230
Telephone: 972-387-4040
Facsimile: 972-387-4041
bruce@stecklerlaw.com
stuart@stecklerlaw.com
stefani@stecklerlaw.com

**JOHNSTON TOBEY BARUCH, P.C.**
Randy Johnston
State Bar No. 10834400
3308 Oak Grove Avenue
Dallas, TX 75204
Telephone: 214-741-6260
Facsimile: 214-741-6248
randy@jtlaw.com

**SANDERS, O'HANLON, MOTLEY, YOUNG, & GALLARDO, PLLC**
Roger Sanders
State Bar No. 17604700
111 S. Travis Street
Sherman, TX 75090
Telephone: 903-892-9133
Facsimile: 903-892-4302
rsanders@somlaw.net

**SETTLEPOU**
Braden M. Wayne
State Bar No. 24075247
3333 Lee Parkway, Eighth Floor
Dallas, TX 75219
Telephone: 214-520-3300
Facsimile: 214-526-4145
bwayne@settlepou.com

**FEE, SMITH, SHARP & VITULLO, LLP**
Thomas W. Fee
State Bar No. 06873160
Howard J. Klatsky
State Bar No. 00786024
Three Galleria Tower
13155 Noel Road, Suite 1000
Dallas, Texas 75240
Telephone: 972-934-9100
Facsimile: 972-934-9200

tfee@feesmith.com
hklatsky@feesmith.com

**ATTORNEYS FOR PLAINTIFFS/COUNTER-DEFENDANTS THE DIAMOND CONSORTIUM, INC. D/B/A THE DIAMOND DOCTOR, AND DAVID BLANK**

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 14, 2017, a true and correct copy of the foregoing was served upon all counsel of record via the Court's ECF system.

*/s/ Bruce W. Steckler*
Bruce W. Steckler