IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE DIAMOND CONSORTIUM, INC. D/B/A THE DIAMOND DOCTOR, and DAVID BLANK<br><br>*Plaintiffs*,<br><br>vs.<br><br>BRIAN MANOOKIAN, BRIAN CUMMINGS, CUMMINGS MANOOKIAN, PLC, MARK HAMMERVOLD, and HAMMERVOLD, PLC,<br><br>*Defendants*, | § § § § § § § § § § § § § § § § | Civil Action No. 4:16-CV-94 |

## SECOND SUPPLEMENT TO PLAINTIFFS' MOTION IN LIMINE WITH AUTHORITIES

TO THE HONORABLE UNITED STATES DISTRICT JUDGE AMOS L. MAZZANT:

COME NOW The Diamond Consortium, Inc. d/b/a The Diamond Doctor and David Blank, Plaintiffs in the above styled and numbered cause, and tender the following Second Supplement to their Motion in Limine with Authorities:

I.

In addition to the items addressed in Plaintiffs' (initial) Motion in Limine with Authorities Plaintiffs move that Defendants, counsel for Defendants, and through such counsel any and all witnesses called by Defendants be instructed by this Honorable Court to refrain from introducing any evidence or making any comment, argument, inference, suggestion, inquiry, implication, mention, interrogation, or illusion to, directly or indirectly, in any manner or matter whatsoever in

the hearing and presence of the jury at any time during the trial of this cause concerning the following additional matter:

1.  Any statements about, comments about, testimony about, or references to any alleged parking/traffic or other misdemeanor citations assessed against any attorneys representing Plaintiffs in this case, and any statements about, comments about, testimony about, or references to the fact that these citations mean that any of Plaintiffs' attorneys are "convicted criminals". Fed. R. Evid. Rules 401-403.

Plaintiffs reserve the right to supplement this Motion.

Respectfully submitted,

**STECKLER GRESHAM COCHRAN**

*/s/ Howard J. Klatsky*
**Bruce W. Steckler**
Texas Bar No. 00785039
**Stuart Cochran**
Texas Bar No. 24027936
**Stefani S. Eisenstat**
Texas Bar No. 00788417
12720 Hillcrest Road, Suite 1045
Dallas, TX 75230
Telephone: 972-387-4040
Facsimile: 972-387-4041
bruce@stecklerlaw.com
stuart@stecklerlaw.com
stefani@stecklerlaw.com

**Randy Johnston**
State Bar No. 10834400
**JOHNSTON TOBEY BARUCH, P.C.**
3308 Oak Grove Avenue
Dallas, TX 75204
Telephone: 214-741-6260
Facsimile: 214-741-6248
randy@jtlaw.com

Roger Sanders
State Bar No. 17604700
**SANDERS, O'HANLON, MOTLEY & YOUNG, PLLC**
111 S. Travis Street
Sherman, TX 75090
Telephone: 903-892-9133
Facsimile: 903-892-4302
rsanders@somlaw.net

**Braden M. Wayne**
State Bar No. 24075247
**SETTLEPOU**
3333 Lee Parkway, Eighth Floor
Dallas, TX 75219
Telephone: 214-520-3300
Facsimile: 214-526-4145
bwayne@settlepou.com

**Thomas W. Fee**
State Bar No. 06873160
**Howard J. Klatsky**
State Bar No. 00786024
**FEE, SMITH, SHARP & VITULLO, LLP**
Three Galleria Tower
13155 Noel Road, Suite 1000
Dallas, Texas 75240
Telephone:  972-934-9100
Facsimile:  972-934-9200
tfee@feesmith.com
hklatsky@feesmith.com

**ATTORNEYS FOR PLAINTIFF DIAMOND CONSORTIUM, INC. D/B/A THE DIAMOND DOCTOR**

## CERTIFICATE OF CONFERENCE

This is to certify that the foregoing document was discussed in accordance with Local Rule CV-7(h) amongst counsel on _August 7_, 2017. During the course of that conference, counsel indicated that he was opposed to this Supplement but agreed to continue working towards a resolution.

_/s/ Howard J. Klatsky_
**HOWARD J. KLATSKY**

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that on the 8th day of August, 2017, I served a true and correct copy of the foregoing instrument has been mailed, telecopied or hand delivered to all attorneys of record in this cause of action as follows.

*Via E-filing & Email*
Christopher J. Schwegmann
**LYNN PINKER COX & HURST, LLP**
22100 Ross Avenue, Suite 2700
Dallas, Texas 75201

*Via E-filing & Email*
Bruce W. Steckler
**Steckler Gresham Cochran**
12720 Hillcrest Road- Suite 1045
Dallas, Texas 7523 0

*Via E-filing & Email*
Braden M. Wayne
**SettlePou**
3333 Lee Parkway, Eighth Floor
Dallas, Texas 75219

*Via E-filing & Email*
Randy Johnston
**Johnston Tobey Baruch, P.C.**
3308 Oak Grove Avenue
Dallas, Texas 75204

*Via E-filing & Email*
Roger Sanders
**Sanders, O'Hanlon, Motely, Young & Gallardo, PLLC**
111 S. Travis Street
Sherman, Texas 75090

                                         /s/ Howard J. Klatsky
                                       **HOWARD J. KLATSKY**