IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE DIAMOND CONSORTIUM, INC. D/B/A THE DIAMOND DOCTOR, and DAVID BLANK | § § § § | |
| *Plaintiffs*, | § § | |
| vs. | § § | Civil Action No. 4:16-CV-94 |
| | § | Judge Mazzant |
| BRIAN MANOOKIAN, BRIAN CUMMINGS, and CUMMINGS MANOOKIAN PLC | § § § § | |
| *Defendants*, | § § | |

**ORDER GRANTING PLAINTIFFS' MOTION FOR RECONSIDERATION OF THE COURT'S JULY 10, 2017 MEMORANDUM OPINION AND ORDER DENYING PLAINTIFFS' MOTION TO STRIKE THE EXPERT DESIGNATION OF MARTIN RAPAPORT (Dkt. #286)**

On this date, came on to be considered Plaintiffs' Motion for Reconsideration of the Court's July 10, 2017 Memorandum Opinion and Order Denying Plaintiffs' Motion to Strike the Expert Designation of Martin Rapaport (Dkt. # 309).  The Court reviewed all pertinent pleadings and filings in this case and, after consideration of same, is of the opinion that said Motion should be **GRANTED**.

SIGNED this 9th day of August, 2017.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE