# United States District Court
## Eastern District of Texas
## Sherman Division

| | |
|---|---|
| THE DIAMOND CONSORITUM, INC. D/B/A THE DIAMOND DOCTOR, and DAVID BLANK<br><br>v.<br><br>BRIAN MANOOKIAN, CUMMINGS MANOOKIAN, PLC, and BRIAN CUMMINGS | § § § § § § § § § § | Civil Action No.  4:16-CV-00094<br>Judge Mazzant |

## ORDER

On August 16, 2017, the parties orally requested the Court to dismiss the above styled and numbered case, in accordance with the parties' settlement of the matter, pursuant to Rule 41.

It is therefore **ORDERED** that the case is **DISMISSED WITH PREJUDICE** in conformity with the parties' joint request.

All relief not previously granted is hereby **DENIED**.

The Clerk is directed to close this civil action.

**SIGNED this 16th day of August, 2017.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE