# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| DIAMOND CONSORTIUM, INC. D/B/A THE DIAMOND DOCTOR, | § § § § § § § | |
| *Plaintiff,* | | |
| vs. | § § | CASE NO. 4:16-cv-00094-ALM |
| BRIAN MANOOKIAN AND CUMMINGS MANOOKIAN , PLC | § § § § § | |
| *Defendants*. | § | |

## ORDER ON AGREED MOTION TO INTERVENE AND MODIFY PROTECTIVE ORDER

Pending before the Court is the Joint Motion to Intervene and Modify Protective Order (the "Motion") (Dkt. #371) filed by Plaintiffs and Nonparty Intervenors. As the Court has dismissed most of the claims, the Court considers this Motion to be moot at this time.

It is therefore **ORDERED** that the Joint Motion to Intervene and Modify Protective Order (Dkt. #371) is denied as moot at this time, without prejudice to refiling.

**IT IS SO ORDERED.**

SIGNED this 10th day of August, 2020.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE